JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. SNOW,<br><br>            Plaintiff,<br><br>    v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 2:21-cv-00665-CAS-GJSx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: The Hon. Christina A. Snyder<br>Complaint Filed: Jan. 23, 2021 |

Based on the Parties' Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED THAT the entire action is dismissed with prejudice, with each Party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 12, 2022

*Christina A. Snyder*

The Hon. Christina A. Snyder
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28